# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Bryan Oliver, | Case No. 21-CV-2113 (KMM/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| Honeywell International Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on April 19, 2023 (ECF No. 56), IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits and without costs, disbursements, or attorneys' fees to any party.

Date: April 19, 2023

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge